## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **VIVIAN L. WASHINGTON**<br>**3603 Hillary Street**<br>**Upper Marlboro, Maryland 20772**<br><br>**and**<br><br>**JAMES L. WASHINGTON**<br>**3603 Hillary Street**<br>**Upper Marlboro, Maryland 20772**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**UNITED STATES OF AMERICA**<br>**Serve: Jeffrey A. Taylor**<br>**United States Attorney for**<br>**the District of Columbia**<br>**Office of the United States Attorney for**<br>**the District of Columbia**<br>**Judiciary Center**<br>**555 Fourth Street, N.W.**<br>**Washington, D.C. 20530**<br><br>**and**<br><br>**Serve: Michael B. Mukasey**<br>**Attorney General of the United States**<br>**United States Department of Justice**<br>**950 Pennsylvania Avenue, N.W.**<br>**Washington, D.C. 20530**<br><br>    **Defendants.** | Civil Action No. 08-0269 (TFH) |

## **NOTICE OF APPEARANCE**

      The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendant United States of America in the above-captioned case.

                                                Respectfully submitted,

                                                _____/s/_____
                                                BRIAN C. BALDRATE
                                                Special Assistant United States Attorney
                                                Civil Division
                                                555 Fourth St., N.W.
                                                Washington, D.C.  20530
                                                202-353-9895  / FAX 202-514-8780