IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **VIVIAN L. WASHINGTON, et al.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0269 (TFH) |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The Defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a twenty-one (21) day enlargement of time through and including June 2, 2008, within which to answer, move, or otherwise respond to Plaintiff's Complaint. Good Cause exists to grant this Motion:

1. Defense counsel has a trial before Judge Sullivan from May 7, 2008, through May 16, 2008.

2. Defense counsel will also be traveling out of the state from May 23, 2008 through May 28, 2008.

2. Defendant's answer, motion or other response to this Complaint is presently due May 12, 2008.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter.

5. Plaintiffs consent to this enlargement.

For these reasons, Defendant requests that the Court grant their Consent Motion for an Enlargement of Time Within Which to Answer, Move, or Otherwise Respond to Plaintiff's Complaint. A proposed Order is included with this motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney

_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **VIVIAN L. WASHINGTON, et al.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0269 (TFH) |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Defendant's Consent Motion for an Enlargement of Time Within Which to Answer, Move, or Otherwise Respond to Plaintiff's Complaint, and the entire record of this case, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**, and it is further

**ORDERED** that Defendants answer, move, or otherwise respond to Plaintiff's Complaint by **June 2, 2008**.

Dated this ____ day of _____ , 2008.

_____
THOMAS F. HOGAN
United States District Judge

Copies to:

Counsel via ECF.