UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIVIAN L .WASHINGTON, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No.  08-0269 (TFH) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

    The Clerk of the Court will please enter the appearance of Lanny J. Acosta, Jr., Special Assistant U.S. Attorney, as counsel of record for the defendant United States of America in the above-captioned case.

                                             Respectfully submitted,

                                             _____/s/_____
                                             LANNY J. ACOSTA, JR.
                                             Special Assistant United States Attorney
                                             Civil Division
                                             555 Fourth St., N.W.
                                             Washington, D.C.  20530
                                             202-353-9895  / FAX 202-514-8780