UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIVIAN L. WASHINGTON,
JAMES E. WASHINGTON,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

Civil Action No. 08-CV-00269 (TFH)

## ORDER SETTING INITIAL SCHEDULING CONFERENCE

The parties shall appear for an initial scheduling conference on **Thursday, July 17, 2008, at 11:00 a.m. in Courtroom 25A**, which is located in the annex to the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., 20001.

Counsel shall confer pursuant to Rule 16.3 of the Rules of the United States District Court for the District of Columbia ("LCvR 16.3") and Fed. R. Civ. P. 26(f), and shall submit a joint report addressing all topics listed in LCvR 16.3(c) no later than five business days before the initial scheduling conference. The parties' report also shall include a brief statement of the case and the statutory basis for all causes of action and defenses.

The Court expects professionalism, courtesy and civility to govern the parties' conduct at all times during these proceedings. Given counsels' competence and experience, the Court is confident that this objective will be accomplished without judicial intervention.

Any request for an extension or enlargement of time, as well as any request to reschedule a proceeding, shall be by motion addressed to the Court. Requests to reschedule a proceeding shall identify alternate dates agreed to by all parties.

The parties are reminded that all documents must be filed by electronic means in compliance with LCvR 5.4, which addresses cases assigned to the Case Management/Electronic Case Management Filing System ("CM/ECF"). Parties may obtain a CM/ECF password from the Clerk of the Court.

**SO ORDERED.**

June 4, 2008                                         /s/ *Thomas F. Hogan*
                                                            Thomas F. Hogan
                                                            United States District Judge