UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIVIAN L. WASHINGTON,
JAMES E. WASHINGTON,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

Civil Action No. 08-CV-00269 (TFH)

## SCHEDULING ORDER

Upon consideration of the matters discussed during the initial scheduling conference that took place in open court on July 17, 2008, and the parties' Rule 16.3 Report [Docket No. 7], it hereby is **ORDERED** that:

1. The initial disclosures required by Rule 26 of the Federal Rules of Civil Procedure shall be provided to the other party on or before July 31, 2008.

2. Discovery – including requests for production, requests for admissions, the number of depositions, and the number of interrogatories – shall comply with the applicable federal rules.  Discovery shall conclude on June 1, 2009.

3. The plaintiffs shall disclose the identity of any expert witness(es) by December 29, 2008.  The defendant shall disclose the identity of any expert witness(es) by March 2, 2009.  The plaintiff shall disclose the identity of any rebuttal expert witness(es) by April 2, 2009.  The deposition(s) of any expert witness(es) shall take place before discovery concludes on June 1, 2009.

4. The plaintiffs shall make all Fed. R. Civ. P. 26(a)(2) disclosures sixty (60) days before discovery concludes.  The defendant shall make all such disclosures thirty (30) days before discovery concludes.

5. The parties shall appear for a status conference on February 9, 2009, at 10:00 a.m. in Courtroom 25A.  The parties may appear by telephone for this status conference but should notify chambers of their intent to do so at least two business days beforehand; otherwise, the Court will assume the parties plan to appear in person.

6. The parties shall appear on June 8, 2009, at 10:00 a.m. in Courtroom 25A, for a post-discovery status conference, at which time the parties shall be prepared to set a schedule for the filing of dispositive motions and/or a pretrial conference and trial date.

7. Pursuant to LCvR 16.1(b) and LCvR 7(m), any request to continue a court date shall be by motion after conferring with the other party. Any motion requesting to continue a court date shall propose alternative dates mutually agreed to by all parties.

8. With the exception of court dates and the deadline for the conclusion of discovery, other deadlines ordered by the Court may be changed by mutual consent of the parties, in which case the parties shall file a Consent Notice identifying the changed deadlines and indicating the parties' consent. The new deadlines shall be effective upon the filing of the Consent Notice without the need for a court order.

9. The parties and their counsel are expected to evaluate their respective cases for settlement purposes and may at any time request that a settlement conference be scheduled before a United States Magistrate Judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court promptly by filing a stipulation.

**SO ORDERED.**

July 22, 2008                                          /s/ *Thomas F. Hogan*
                                                              Thomas F. Hogan
                                                              United States District Judge