UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIVIAN L. WASHINGTON, et. al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 08-0269 (TFH) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT NOTICE TO EXTEND RULE 26(a)(1) INITIAL DISCLOSURE DEADLINE**

In accordance with this Honorable Court's July 17, 2008 Scheduling Order, the parties mutually consent to extend the Rule 26 (a)(1) Initial Disclosure Deadline from July 31, 2008 to August 5, 2008.

Respectfully submitted,

/s/ Thomas C. Cardaro
Thomas C. Cardaro (#418330)
Jeffrey L. Peek (#470442)
C. Drew Fritch (#485704)
*Cardaro & Peek, L.L.C.*
201 North Charles Street
Suite 2100
Baltimore, Maryland 21201
202-628-7778
tcc@cardarolaw.com
*Attorneys for Plaintiffs*

/s/_____
Lanny J. Acosta, Jr.
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202-307-2332